

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PETER ASONGANYI,

       Petitioner,

v.

JEREMY CASEY, Warden, Imperial
Regional Detention Facility, et al.,

       Respondents.

Case No.:  3:26-cv-3297-CAB-BJW

**ORDER DISMISSING PETITION
FOR A WRIT OF HABEAS CORPUS**

Petitioner Peter Asonganyi, an immigration detainee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]

In response to a previous habeas petition, this Court ordered Respondents to provide Petitioner a bond hearing.  [Case No. 3:26-cv-2307-CAB-BJW at Doc. No. 7.]  Petitioner received a bond hearing on May 12, 2026; the immigration judge ("IJ") denied bond finding Petitioner was a flight risk.  [Petition at 1.]

Petitioner now argues that the IJ recited the correct burden of proof during the bond hearing but "in substance reverted" to placing the burden of proof on Petitioner, denied bond categorically based only on alleged flight risk, and ignored "uncontroverted evidence of Petitioner's health, family circumstances, and strong sponsorship plan."  [*Id.* at 2.] Petitioner has appealed the IJ's bond denial to the Board of Immigration Appeals ("BIA"),

but asks this Court to order Petitioner's immediate release due to "the mounting record that post-habeas bond hearings have become institutionally incapable of providing meaningful relief." [*Id.* at 3.]

As the Ninth Circuit has explained, "[Petitioner] pursued habeas review of the IJ's adverse bond determination before appealing to the BIA. This short cut was improper. [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).  Here, Petitioner's appeal of the IJ's bond denial is still pending with the BIA.  The Court therefore **DISMISSES** the Petition without prejudice.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: June 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3297-CAB-BJW